UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WIGFALL,

                     Plaintiff(s),

    -against-

CITY OF NEW YORK,

                    Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 3248 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, July 13, 2011,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                          Don Fletcher
                                 Courtroom Case Manager

Dated: New York, New York
         June 1, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2011
```